UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

SAMUEL P. COGDELL )
)
v. ) No. 2:14-CV-268
)
CAROLYN W. COLVIN, )
Acting Commissioner of Social Security )

## <u>ORDER</u>

This Social Security case is before the Court to consider the Report and Recommendation [Doc. 25] of United States Magistrate Judge Clifton L. Corker dated December 2, 2015. In that Report and Recommendation, Magistrate Judge Corker recommends that the plaintiff's motion for judgment on the pleadings [Doc. 15] be granted and the case be remanded to the Commissioner for a consultative examination to further understand the extent of the plaintiff's physical impairments. Judge Corker further recommends that the defendant's motion for summary judgment [Doc. 25] be denied. No objections to the Report and Recommendation have been filed and the time for doing so has passed. 28 U.S.C. § 636(b)(1), E.D. Tenn. L.R. 7.2.

The Court has carefully reviewed this matter, including the administrative record and the underlying pleadings [Docs. 9, 15, 13, 20, 21, 24]. The Court is in agreement with Magistrate Judge Corker's recommendation which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation [Doc. 25]. The plaintiff's motion for judgment on the pleadings [Doc. 15] is **GRANTED** to the extent that this case is **REMANDED** to the

Commissioner for further proceedings consistent with the Report and Recommendation,

and the defendant's motion for summary judgment [Doc. 20] is **DENIED**.

IT IS SO ORDERED.

        s/ Thomas W. Phillips
        SENIOR UNITED STATES DISTRICT JUDGE